Randolph ASHFORD, Plaintiff–Appellant,

v.

Angela GORDON; Kelvin Myers; Kisha Linnen; Kelvin Williams; George J. Amonitti, et al sued in their individual capacities, Defendants–Appellees.

No. 14–7398.

United States Court of Appeals, Fourth Circuit.

Submitted: Dec. 18, 2014.

Decided: Dec. 23, 2014.

Randolph Ashford, Appellant Pro Se. Eugene Matthews, C. Cliff Rollins, Richardson, Plowden & Robinson, PA, Columbia, South Carolina; Lydia L. Magee, Marian Williams Scalise, Richardson, Plowden & Robinson, PA, Myrtle Beach, South Carolina, for Appellee.

Before SHEDD, WYNN, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Randolph Ashford appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Ashford v. Gordon,* No. 0:13–cv–01113–JFA, 2014 WL 4417362 (D.S.C. Sept. 8, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED.*